Marjorie L. Hauf, Esq.
Nevada Bar No. 8111
Matthew G. Pfau, Esq.
Nevada Bar No. 11439
H&P LAW
710 South 9th Street
Las Vegas, NV 89101
702 598 4529 TEL
702 598 3626 FAX
e-file@courtroomproven.com

Ryan Skiver, Esq.
Arizona Bar No. 024552 (*pro hac vice*)
The Skiver Law Firm
3943 E. Whitton Ave.
Phoenix, Arizona 85018
480 626 1667 TEL
480 482 7285 FAX
rskiver@skiverlawfirm.com

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| **Donna Rodriguez,** individually and as Special Administrator of the **Estate of Jessica Martinez**, <br><br> Plaintiff, <br> vs. <br><br> **CARA CHAMBERLAIN dba R&R HAULERS,** a Nevada Sole Proprietorship; and **ROBERT JAMES ITTER;** and DOES I-XX, inclusive, <br><br> Defendants. | Case No.: 2:23-cv-01526-MMD-BNW <br><br><br> **Stipulation and Order to Stay Discovery** |

COME NOW the parties hereto, by and through their respective counsel of record, hereby STIPULATE AND AGREE as follows:

On October 11, 2023, Plaintiff filed her Motion to Remand [ECF Doc. 10] and Opposition to Defendants' Motion to Dismiss [ECF Doc. 11]. On October 18, 2023, Defendants filed their Reply in Support to their Motion to Dismiss [ECF No. 13] and

their Opposition to Plaintiff's Motion to Remand [ECF No. 14]. On October 25, 2023, Plaintiff filed her Reply in Support to her Motion to Remand [ECF Doc.16]. These Motions are still pending decisions. The parties therefore  STIPULATE AND AGREE as follows:

**IT IS HEREBY STIPULATED AND AGREED** that the subject case will be stayed pending a decision on Plaintiff's Motion to Remand and Defendants' Motion to Dismiss.

Dated this 2nd day of January 2024.                    Dated this 2nd day of January 2024.

DENNETT WINSPEAR, LLP                                 H&P LAW

/s/ Brent D. Quist                                             /s/ Marjorie Hauf
Ryan L. Dennett, Esq.                                     Marjorie Hauf, Esq.
Nevada Bar No. 5617                                      Nevada Bar No. 8111
Brent D. Quist, Esq.                                       Matthew G. Pfau, Esq.
Nevada Bar No. 9157                                      Nevada Bar No. 11439

Attorney for Defendants                                 Attorneys for Plaintiff

**ORDER**

IT IS HEREBY ORDERED THAT DISCOVERY IS STAYED PENDING RESOLUTION OF THE MOTION TO REMAND AND MOTION TO DISMISS.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: ___1/4/2024___

– 2 –